

NATIONAL PRACTITIONER DATA BANK
NPDB

P.O. Box 10832
Chantilly, VA 20153-0832

https://www.npdb.hrsa.gov

**DCN:** 5500000160127925
Process Date: 05/04/2020

**A. REPORTING ENTITY**

Entity Name:
Address:
City, State, Zip:
Country:
Name or Office:
Title or Department:
Telephone:
Entity Internal Report Reference:
Type of Report:

**B. SUBJECT IDENTIFICATION INFORMATION (INDIVIDUAL)**

Subject Name:
Other Name(s) Used:
Gender:
Date of Birth:
Organization Name:
Work Address:
City, State, ZIP:
Home Address:
City, State, ZIP:
Deceased:
Social Security Numbers (SSN):
National Provider Identifiers (NPI):
Professional School(s) & Year(s) of Graduation:
Occupation/Field of Licensure:
State License Number, State of Licensure:
Specialty:
Drug Enforcement Administration (DEA) Numbers:
Name(s) of Health Care Entity (Entities) With Which Subject Is Affiliated or Associated (Inclusion Does Not Imply Complicity in the Reported Action.):
Business Address of Affiliate:
City, State, ZIP:
Nature of Relationship(s):

CONFIDENTIAL DOCUMENT - FOR AUTHORIZED USE ONLY

P.O. Box 10832
Chantilly, VA 20153-0832

https://www.npdb.hrsa.gov

## C. INFORMATION REPORTED

Type of Adverse Action:
Basis for Action:
Other, as Specified:

Adverse Action Classification Code(s):

Date Action Was Taken:
Date Action Became Effective:
Length of Action:
Description of Subject's Act(s) or Omission(s) or Other Reasons for Action(s) Taken and Description of Action(s) Taken by Reporting Entity:

## D. SUBJECT STATEMENT

## E. REPORT STATUS

**This report is maintained under the provisions of:** Title IV

The information contained in this report is maintained by the National Practitioner Data Bank for restricted use under the provisions of Title IV of Public Law 99-660, as amended, and 45 CFR Part 60. All information is confidential and may be used only for the purpose for which it was disclosed. Disclosure or use of confidential information for other purposes is a violation of federal law. For additional information or clarification, contact the reporting entity identified in Section A.

**CONFIDENTIAL DOCUMENT - FOR AUTHORIZED USE ONLY**

P.O. Box 10832
Chantilly, VA 20153-0832

https://www.npdb.hrsa.gov

**END OF REPORT**

**CONFIDENTIAL DOCUMENT - FOR AUTHORIZED USE ONLY**