IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:23-cv-152-MR-WCM

| | |
|---|---|
| DAVID JOHN HETZEL, M.D., | |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSIAL <u>WITHOUT PREJUDICE</u> OF DEFENDANTS HCA HEALTHCARE, INC.; HCA MANAGEMENT SERVICES, L.P.; MH MASTER HOLDINGS, LLLP; MH HOSPITAL MANAGER, LLC AND HCA HEALTHCARE MISSION FUND, LLC <u>ONLY</u>** |
| HCA HEALTHCARE, INC.; HCA MANAGEMENT SERVICES, L.P.; MH MASTER HOLDINGS, LLLP; MH HOSPITAL MANAGER, LLC; MH MISSION HOSPITAL, LLLP; AND HCA HEALTHCARE MISSION FUND, LLC, | |
| Defendants. | |

NOW COMES Plaintiff David John Hetzel, M.D. ("Dr. Hetzel"), through undersigned counsel, and pursuant to Fed. R. Civ. P. Rule 41(A)(ii), voluntarily dismisses *without prejudice* Defendants HCA Healthcare, Inc.; HCA Management Services, L.P.; MH Master Holdings, LLLP; MH Hospital Manager, LLC and HCA Healthcare Mission Fund, LLC (hereinafter collectively "Unnecessary Parties") but *not* Defendant MH Mission Hospital, LLLP ("Mission Hospital"). The Unnecessary Parties and Defendant Mission Hospital understand that Dr. Hetzel has explicitly based this dismissal *without prejudice* on the Stipulation by Defendants filed on July 24, 2025 (Dkt. 52). All parties have agreed to bear their own costs.

As evidenced by the signatures included below, all parties stipulate to the voluntary

dismissal *without prejudice* of the Unnecessary Parties *only* and acknowledge that *this case remains pending against Defendant Mission Hospital*.

This the 24th day of July, 2025.

                                    Respectfully submitted,

                                    **EDWARDS BEIGHTOL, LLC**

                                    /s/ Kristen L. Beightol
Catharine E. Edwards
N.C. State Bar No. 52705
Kristen L. Beightol
N.C. State Bar No. 27709
P.O. Box 6759
Raleigh, NC 27628
(919) 636-5100
cee@eblaw.com
klb@eblaw.com

**Stipulated to by all parties as follows:**

| EDWARDS BEIGHTOL, LLC | ROBERTS & STEVENS, PA |
|---|---|
| /s/ Kristen L. Beightol | /s/ David Hawisher |
| Catharine E. Edwards | Phillip Jackson |
| North Carolina State Bar No. 5205 | North Carolina State Bar No. 21134 |
| Kristen L. Beightol | David Hawisher |
| North Carolina State Bar No. 27709 | North Carolina State Bar No. 55502 |
| P.O. Box 6759 | P.O. Box 7647 |
| Raleigh, NC 27628 | Asheville, NC 28802 |
| Phone: 919-636-5100 | Phone 828-252-6600 |
| cee@eblaw.com | pjackson@roberts-stevens.com |
| klb@eblaw.com | dhawisher@roberts-stevens.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants HCA Healthcare, Inc.; HCA Management Services, L.P.; MH Master Holdings, LLLP; MH Hospital Manager, LLC; Defendant MH Mission Hospital, LLLP and HCA Healthcare Mission Fund, LLC* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2025, I served the foregoing **STIPULATION OF DISMISSIAL <u>WITHOUT PREJUDICE</u> OF DEFENDANTS HCA HEALTHCARE, INC.; HCA MANAGEMENT SERVICES, L.P.; MH MASTER HOLDINGS, LLLP; MH HOSPITAL MANAGER, LLC AND HCA HEALTHCARE MISSION FUND, LLC <u>ONLY</u>** on counsel for Defendants via electronic mail by agreement of the parties.

This the 24th day of July, 2025.

                                                    /s/ Kristen L. Beightol
                                                  Kristen L. Beightol
                                                  N.C. State Bar No.: 27709
                                                  PO Box 6759
                                                  Raleigh, North Carolina 27628
                                                  Telephone: (919) 636-5100
                                                  Facsimile: (919) 495-6868
                                                  Email: klb@eblaw.com