| | |
|---|---|
| David John Hetzel, MD,<br>　　　　　　　　　　Plaintiff,<br>vs.<br>MH Mission Hospital, LLLP,<br>　　　　　　　　　　Defendant. | **Mission Hospital's Motion<br>for Summary Judgment<br>on HCQIA Immunity** |

Mission Hospital hereby moves for summary judgment on the issue of HCQIA immunity for the reasons stated in the attached brief. In support of this motion, Mission Hospital submits the following materials:

1. Brief in support.
2. Committee materials from Dr. Hetzel's precautionary suspension (redacted).
3. Excerpts from the bylaws and policies of Mission Hospital.
4. Dr. Hetzel's deposition.
5. Dr. Hetzel's fitness-for-duty evaluations by neuropsychiatrist and neurologist (slip sheet, filed separately under seal).
6. Materials submitted to, and received from, the NPDB.
7. Affiliation-verification letters sent by Mission Hospital to the Texas Medical Board and prospective credentialing entities (slip sheet, filed separately under seal).
8. Declaration of Brenda Shelton.
9. Dr. Hetzel's RFA responses.

Submitted October 28, 2025.

                                                ROBERTS & STEVENS, PA

                                                _____

                                                Phillip Jackson (#21134)
                                                    pjackson@roberts-stevens.com
                                                David Hawisher(#55502)
                                                    dhawisher@roberts-stevens.com
                                                PO Box 7647
                                                Asheville, NC 28802
                                                (828) 252-6600
                                                *Counsel for Defendants*

## CERTIFICATES

**Service.** I have served this document by ECF.

**AI Use.** The foregoing document complies with this Court's standing order at 3:24-mc-104 because its preparation did not involve the use of prohibited artificial intelligence tools and because an attorney has personally verified its accuracy as required by the standing order.

Certified October 28, 2025.

ROBERTS & STEVENS, PA

*/s/ David Hawisher*
David Hawisher
