MH# 002647

# POLICY ON APPOINTMENT, REAPPOINTMENT,

# AND CLINICAL PRIVILEGES

# OF

# MISSION HOSPITAL

# 2019

# ARTICLE IV

# REVIEW OF MEDICAL STAFF MEMBER CONDUCT

**4.1 PEER REVIEW AND INFORMAL PERFORMANCE IMPROVEMENT REVIEW**

Peer Review, Patient Safety Event Review, Code of Conduct Review, Ongoing and Focused Professional Practice Evaluation, and other Medical Staff and Hospital committee efforts are performed in a continuous effort to improve the quality of care to patients of the Hospital. These peer review and performance improvement activities are carried out in an informal and collegial manner and address questions or concerns about a member's performance or conduct. These activities may include such actions as the Chief of Staff, a Service Line Leader and/or the President of the Hospital meeting with the member to explain the basis for a question or concern and to give the member an opportunity to respond. At such a meeting, they may in their sole discretion offer the member the opportunity to voluntarily agree to refrain from exercising all or part of the member's clinical privileges until a resolution of the question or concern has been reached. These informal processes are neither disciplinary in nature nor intent nor do they invoke the procedural rights afforded through the formal investigatory processes detailed in this Article. While informal and collegial in nature, these peer review activities and functions, and all minutes, reports, recommendations, communications and actions are covered by the confidentiality provisions of applicable State or federal law providing protection to peer review or related activities. To promote the collegial and educational objectives of this Policy, all discussions and meetings with a Practitioner shall generally involve only the Practitioner and the appropriate Medical Staff Leaders and Hospital personnel. No counsel representing the Practitioner, Medical Staff or Hospital shall attend any of these meetings.

**4.2 BASIS FOR FORMAL REVIEW OF CONDUCT**

The procedures provided in this Article will be invoked whenever it appears that the activities or professional conduct of any member of the Medical Staff:

(a) Jeopardizes or may jeopardize the safety, best interests, quality of care, treatment or services of a patient, or the safety and best interests of a visitor or employee;

(b) Presents a question regarding the competence, character, judgment, ethics, stability of personality, including the ability to work cooperatively with others in the provision of safe patient care, treatment and services, adequate physical and mental health or moral character of the member; or

(c) Violates these Medical Staff Bylaws, Rules and Regulations, the requirements of the Service Line, or Hospital policies, including the Code of Conduct, or constitutes

conduct that is, or reasonably probable of being, disruptive to Hospital operations.

**4.3     INITIATION OF AN INVESTIGATION**

An investigation of the conduct of a member of the Medical Staff raising a question under Section 4.2 above will begin only through one of the following:

(a)     The Chief of Staff, the appropriate Service Line Leader, or the President of the Hospital may provide written notice of a concern or question, supported by reference to specific activities or conduct alleged, to the Medical Executive Committee. The Medical Executive Committee, after sufficient inquiry into whether an investigation is warranted, may make a written request for an investigation by the Credentials Committee;

(b)     The Board of Directors may make a written request, supported by reference to specific activities or conduct alleged, for an investigation by the Credentials Committee;

(c)     The Peer Review Committee may make a written request, supported by reference to specific activities or conduct alleged, for an investigation by the Credentials Committee;

(d)     The Credentials Committee, by written resolution, supported by reference to specific activities or conduct alleged, and without a request from the Board or the Medical Executive Committee or the Peer Review Committee may initiate an investigation on its own motion.

**4.4     INVESTIGATION**

(a)     The Chair of the Credentials Committee will keep the President of the Hospital and Medical Executive Committee informed in a timely manner of actions taken in connection with an investigation.

(b)     All proceedings, records and materials produced by and considered by committees of the medical staff or Hospital during the course of an investigation evaluating the quality, cost of, or necessity for hospitalization or health care, including medical staff credentialing, and any other investigations instituted pursuant to this Article IV, are confidential.

(c)     The Credentials Committee will investigate the matter itself or appoint an ad hoc Investigating Committee to do so. An Investigating Committee may include individuals not on the Medical Staff. If the member believes anyone on the Credentials Committee or Investigating Committee is biased and should not participate in the investigation, the member shall promptly notify the Chief of Staff in writing. The Chief of Staff shall them determine, in his/her sole discretion and following any inquiry he/she deems appropriate, whether that person should be excused from the investigation.

(d)     The Credentials Committee or Investigating Committee conducting the

19

investigation may take any steps it deems reasonable including, but not limited to, reviewing relevant documents, including medical records and incident reports; conducting interviews; contacting outside consultants; and requiring an examination or assessment by a health care professional(s) acceptable to it. If an examination or assessment is required, the member being investigated will execute a release allowing the Credentials Committee and any Investigating Committee to discuss with the examining health care professional(s) the reasons for the examination or assessment and authorizing the health care professional(s) to discuss and report the results of the examination or assessment to the Credentials Committee and any Investigating Committee. All fees associated with required assessments or examinations by health care professionals shall be the responsibility of the medical staff member under investigation.

(e) The member being investigated will be notified during the investigative process of the general nature of the questions being investigated, the general nature of the evidence related to the questions being investigated, and the membership of the Investigating Committee if one has been appointed. The member will thereafter have an opportunity to meet with the Credentials Committee or Investigating Committee conducting the investigation before it completes its investigation. At this interview the member will be invited to discuss, explain, or refute the questions being investigated and/or the evidence. This interview will not constitute a hearing and none of the procedural rights provided in this Policy with respect to hearings will apply, including the right to have legal counsel present.

(f) The Credentials Committee or Investigating Committee will make a reasonable effort to complete the investigation and issue a written report within 30 days. (If outside consultants are utilized, the period of time needed to seek and obtain the consultants' services shall be added to this thirty (30) day guideline.) This time frame is intended to serve only as a guideline, and does not create any rights for the member to have an investigation completed within any particular time period.

(g) If an Investigating Committee is used, it shall report its findings to the Credentials Committee, which may include a recommendation. The Credentials Committee may accept, modify, or reject any report or recommendation it receives from an Investigating Committee, or may direct such further investigation as it deems necessary or appropriate.

**4.5 PROCEDURE FOLLOWING AN INVESTIGATION**

(a) The Credentials Committee will act as soon as is practical after the conclusion of an investigation. Action taken by the Credentials Committee following the conclusion of an investigation may include, but is not limited, to the following recommendations:

(1) No corrective action;

(2) Letter of admonition, reprimand or warning;

(3) Terms of probation, including monitoring requirements or specific requirements of consultation;

(4) Suspension of clinical privileges until completion or specific conditions or requirements, or suspension of clinical privileges for a specific period of time;

(5) Limitation of prerogatives related to the practitioner's delivery of safe patient care, treatment or services;

(6) Reduction or revocation of clinical privileges;

(7) Suspension of medical staff membership for a specific period of time or without limit of time;

(8) Revocation of medical staff membership; or

(9) Other actions or recommendations appropriate to the facts that prompted the investigation.

(b) If the recommendation of the Credentials Committee would entitle the member being investigated to a hearing as set forth in Article V of this Policy, the recommendation will be forwarded to the Medical Executive Committee and to the President of the Hospital. The President will promptly notify the member, by certified mail, return receipt requested, or by hand-delivery, that includes (i) a statement of the recommendation or action and the general reasons for it; (ii) notice that the individual has the right to request a hearing within thirty (30) days of receipt of this notice; and (iii) a copy of this Article outlining the right to a hearing as provided for in this policy. The President will hold the recommendation until after the member has exercised or has been deemed to have waived the right to a hearing.

(c) If the recommendation of the Credentials Committee would not entitle the member to a hearing, the recommendation will be forwarded to the Medical Executive Committee for comment. The Medical Executive Committee may request that the Credentials Committee reconsider all or any part of its recommendation. After due consideration of a recommendation of the Credentials Committee, the Medical Executive Committee will make a recommendation to the Board for action. If the MEC recommendation would entitle the Medical Staff member to a hearing or if the Board modifies the recommendation of the Medical Executive Committee and such modification would entitle the member to a hearing under Article V of this Policy, the President will promptly notify the member, by certified mail, return receipt requested, of the recommendation or modification, the general reasons for the recommendation or modification and the member's right to request a hearing, and shall include a copy of this Article detailing the hearing rights of the member. The Board will take no final action until the member has exercised or has been determined to have waived the right to a hearing.

## 4.6 PRECAUTIONARY SUSPENSION OF CLINICAL PRIVILEGES

4.6.1 Criteria for Initiation

    (a)     The Chief of Staff, the Service Line Leader, and the President of the Hospital (or in each case his/her respective designee) shall each, when acting with the concurrence of at least one of the others, have the authority to suspend all or any portion of the clinical privileges of a Medical Staff member whenever it is reasonably believed that the failure to take such action may result in an imminent danger to the health of any individual or class of individuals (e.g. present or future patients or Hospital staff).

    (b)     A precautionary suspension shall become effective immediately upon oral or written notice to the affected Medical Staff member from any one or more of the individuals listed above in section 4.6(a), which notice shall specify the general grounds for such suspension. If the notice is oral, the member shall promptly be given notice in written form. The member shall also promptly be given a copy of the member's rights, which shall include a meeting with the Credentials Committee pursuant to paragraph (c) below. A precautionary suspension is not in and of itself a final professional review action that is reportable, but rather an interim step to protect patients.

    (c)     The Credentials Committee shall be notified immediately of any precautionary suspension, and as soon as possible, but no later than ten (10) days after such precautionary suspension, a meeting of the Credentials Committee shall be convened to review and consider the action taken. The purpose of this meeting shall be to determine whether it is reasonable to believe that an imminent danger to the health of any individual or class of individuals (e.g. present or future patients or Hospital staff) actually exists so as to support the continuation of the precautionary suspension. The Chair of the Credentials Committee shall set the date for the meeting in consultation with the affected Medical Staff member. The affected Medical Staff member may address the Credentials Committee during the meeting, but the Medical Staff member may not be represented by legal counsel at this meeting, and in no event shall this meeting constitute a hearing (regardless of whether or not the affected Medical Staff member addresses the Credentials Committee).

    (d)     Within thirteen (13) days of the imposition of a precautionary suspension, or within such additional time period as the Credentials Committee in its discretion determines to be necessary and reasonable, the Credentials Committee shall recommend modification, continuance, or termination of the terms of the precautionary suspension, or recommend alternative corrective action. Until such time as the Credentials Committee has made a recommendation, the Chief of Staff, the Service Line Leader, and the President of the Hospital (or in each case his/her respective designee) shall, if acting unanimously, have the authority to terminate the precautionary suspension.

           1)     Unless the recommendation of the Credentials Committee is immediate termination or modification of the precautionary suspension to a lesser

sanction (which sanction does not entitle the Medical Staff member to hearing rights), the affected Medical Staff member shall be entitled to a hearing, as defined and described in Article V of this Policy; however, the terms of the precautionary suspension as sustained or as modified by the Credentials Committee shall remain in effect pending the outcome of any hearing, unless earlier terminated or modified by the Credentials Committee, the Medical Executive Committee, or the Board.

2) A Credentials Committee recommendation to terminate or modify the suspension to a lesser sanction not triggering hearing rights under Article V shall be referred with all supporting documentation or immediate access thereto to the MEC for recommendation to the Board. The terms of that recommendation by the Credentials Committee shall immediately take effect and shall remain in effect pending a final decision by the Board. The Board shall act within thirty (30) days of said referral from the Credentials Committee (or within such additional time as the Board in its discretion determines to be necessary and reasonable) to approve, modify, or terminate the suspension.

(e) Nothing in this section 4.6 shall prevent the initiation of an investigation pursuant to section 4.3 above regarding any events or matters related to any precautionary suspension.

(f) Immediately upon the imposition of a precautionary suspension, the appropriate Service Line Leader or, if unavailable, the Chief of Staff, shall assign to another Medical Staff member with appropriate clinical privileges responsibility for care of the suspended Medical Staff member's patients that are inpatients of the Hospital. The assignment shall be effective until the patients are discharged from the Hospital. The wishes of the patient shall be considered in choosing the substitute Medical Staff member.

(g) The procedures outlined above are deemed to be fair under the circumstances.

## 4.7 AUTOMATIC RELINQUISHMENT OF MEMBERSHIP AND/OR CLINICAL PRIVILEGES

The following will result in automatic relinquishment of Medical Staff membership and/or clinical privileges and will not, unless otherwise expressly provided or required by law, entitle the affected Medical Staff member to the hearing and appeal rights provided for in Article V of this Policy or to any other procedural rights.

(a) <u>State License or Drug Enforcement Administration Certificate</u>

1) Whenever a Medical Staff member's professional license or Drug Enforcement Administration ("DEA") registration certificate is revoked, stayed, restricted, or suspended, that action and its terms shall automatically apply to his/her Medical Staff membership and clinical privileges until the action is resolved and an application for reinstatement of privileges has been approved by the Credentials Committee, the Medical Executive Committee, and the Board.

2) Whenever a Medical Staff member's license expires, the Medical Staff member's

# MEDICAL STAFF BYLAWS

# OF

# MH MISSION HOSPITAL, LLLP

### 2020

# MEDICAL STAFF BYLAWS

# OF

# MH MISSION HOSPITAL, LLLP

## ADOPTION

These Medical Staff Bylaws are adopted and made effective upon approval of the Board, superseding and replacing any and all previous Medical Staff Bylaws, and henceforth all activities and actions of the Medical Staff and of each individual exercising clinical privileges at the Hospital shall be taken under and pursuant to the requirements of these Bylaws.

**APPROVED BY THE MEDICAL EXECUTIVE COMMITTEE:**

Date: February 7, 2020

**APPROVED BY THE BOARD OF TRUSTEES**

Date: March 18, 2020

# ARTICLE VIII

## PROCESS FOR APPOINTMENT, REAPPOINTMENT, PRIVILEGING AND SUSPENSION OF PRIVILEGES

**(The details of these processes are found in the Policy on Appointment, Reappointment, and Clinical Privileges and the Policy on Allied Health Professionals)**

**8.1　Processing Applications for Medical Staff Membership and/or Clinical Privileges**

(a) Applicants have the burden of producing adequate information to establish their qualifications and competence.

(b) Applications are reviewed for completeness and verified for accuracy, and will not deemed to be complete until all requested and additional information has been supplied.

(c) The Service Line Leader recommends action for Licensed Independent Practitioner (LIP). The Service Line Leader, and others as needed, recommend action for Allied Health Professionals (AHP).

(d) The Chair of the Credentials Committee (or designee) will interview all new applicants for the Medical Staff.

(e) The Credentials Committee recommends action for AHP's and LIP's.

(f) The Medical Executive Committee recommends action to the Board.

(g) The Board of Trustees takes final action on behalf of the hospital.

(h) Any final decision by the Board of Trustees to grant, deny, revise, or revoke appointment or clinical privileges will be forwarded in writing to the applicant within 15 days of the action. This timeframe may be modified due to circumstances beyond reasonable control.

(i) When an important patient care need exists or when an Applicant has made an initial Application for the Clinical Privileges that is awaiting review by the MEC and Board, the CEO may use a modified credentialing process to grant temporary Clinical Privileges, for a period not to exceed 120 days, to certain, qualified individuals.

**8.2　Emergency Clinical Privileges**

(a) Patient Emergency

For the purposes of this Section, an "emergency" is defined as a condition in which a patient is in imminent danger of serious or permanent harm or death and any delay in administering treatment would add to that danger. In the case of an emergency, any practitioner, to the extent permitted by his or her license and regardless of department, staff status, or clinical privileges, will be permitted to do everything possible to save the life of a patient or to save a patient from such danger.

(b) Emergency Operations Plan

Emergency privileges for licensed independent practitioners may be granted when the Hospital's Emergency Operations Plan is activated and the Hospital is unable to handle

immediate patient needs. The CEO, or the Chief of Staff, may grant emergency temporary privileges to a practitioner upon presentation of appropriate identification and licensure as outlined in the Hospital's Emergency Operations Plan.

### 8.3 Automatic Relinquishment of Membership and/or Privileges

(a) A Medical Staff member may voluntarily relinquish his/her appointment or any clinical privileges at any time, so long that relinquishment is not found by the Medical Executive Committee to be for the purpose of avoiding duty or obligation of Medical Staff appointment.

(b) The following actions may result in automatic relinquishment of Medical Staff membership and/or privileges as more specifically detailed in the Policy on Appointment, Reappointment, and Clinical Privileges: failure to complete medical records; revocation, suspension, restriction or suspension of State or Federal licensing or FDA certificate; exclusion from participation in Federal/State healthcare Programs; failure to be adequately insured; failure to provide requested information; failure to satisfy continuing education requirements; failure to meet with Medical Staff Officers; makes a misstatement or omission on an application form; failure to comply with the Medical Staff Immunization Policy; and any other conditions found in the Policy on Appointment, Reappointment, and Clinical Privileges.

### 8.4 Precautionary/Summary Suspension of Clinical Privileges

(a) The Chief of Staff, the Service Line Leader, and the CEO (or in each case his/her respective designee) shall each, when acting with the concurrence of at least one of the others, shall have the authority to suspend all or any portion of the clinical privileges of a Medical Staff appointee or other individual whenever it is reasonably believed that failure to take such action may result in an imminent danger to the health and/or safety of any individual or class of individuals (e.g., present and future patients), or to the orderly operations of the Hospital. Such suspension shall not imply any final finding of responsibility for the situation that caused the suspension nor shall it constitute a start of an investigation. Such precautionary suspension shall become effective immediately upon imposition and shall remain in effect unless or until modified in accordance with the Policy on Appointment and Reappointment. A precautionary suspension is not in and of itself a final professional review action that is reportable, but rather an interim step to protect patients. The Credentials Committee will be notified of any such action and review the matter per the Policy on Appointment, Reappointment, & Clinical Privileges.

(b) The details of the investigative procedure, the recommendations that the Credentials Committee may make, and rights of the Medical Staff member to have a Hearing and Appeal are outlined in the Policy on Appointment, Reappointment, and Clinical Privileges.

### 8.5 Termination/Suspension of Membership and/or Privileges

(a) When a concern or a question has been raised about an appointee's behavior or clinical competence or clinical practice, including the care, treatment or management of a patient or patients, the Chief of Staff, the appropriate Service Line Leader, the CEO, or the Chair of the Credentials Committee may provide written notice of the concern or question to the Medical Executive Committee. The Medical Executive Committee will make sufficient inquiry to satisfy itself as to whether the concern or question raised appears credible. If such a determination has been made, the matter may be turned over to the Credentials Committee via a written request for an investigation. An investigation will begin only after a formal resolution of the Credentials Committee to that effect following receipt of a written request for an investigation. If the Board desires to initiate an investigation, it will formally resolve to do so but may then delegate the actual investigation to the Credentials Committee. The Credentials Committee may also, by formal resolution and without a request to do so, initiate an investigation on its own motion. An investigation will end upon final action by the Board.

(c) The Credentials Committee will meet as soon as possible after receiving the request for, or delegation of, an investigation. If the request for an investigation contains sufficient information to warrant an investigation, the Credentials Committee will immediately investigate the matter, appoint an investigating subcommittee to do so, or appoint an ad hoc investigating committee. If the investigation is not completed within 30 days of receipt of the request, the reasons for the delay will be transmitted to the Board.

immediate patient needs. The CEO, or the Chief of Staff, may grant emergency temporary privileges to a practitioner upon presentation of appropriate identification and licensure as outlined in the Hospital's Emergency Operations Plan.

## 8.3 Automatic Relinquishment of Membership and/or Privileges

(a) A Medical Staff member may voluntarily relinquish his/her appointment or any clinical privileges at any time, so long that relinquishment is not found by the Medical Executive Committee to be for the purpose of avoiding duty or obligation of Medical Staff appointment.

(b) The following actions may result in automatic relinquishment of Medical Staff membership and/or privileges as more specifically detailed in the Policy on Appointment, Reappointment, and Clinical Privileges: failure to complete medical records; revocation, suspension, restriction or suspension of State or Federal licensing or FDA certificate; exclusion from participation in Federal/State healthcare Programs; failure to be adequately insured; failure to provide requested information; failure to satisfy continuing education requirements; failure to meet with Medical Staff Officers; makes a misstatement or omission on an application form; failure to comply with the Medical Staff Immunization Policy; and any other conditions found in the Policy on Appointment, Reappointment, and Clinical Privileges.

## 8.4 Precautionary/Summary Suspension of Clinical Privileges

(a) The Chief of Staff, the Service Line Leader, and the CEO (or in each case his/her respective designee) shall each, when acting with the concurrence of at least one of the others, shall have the authority to suspend all or any portion of the clinical privileges of a Medical Staff appointee or other individual whenever it is reasonably believed that failure to take such action may result in an imminent danger to the health and/or safety of any individual or class of individuals (e.g., present and future patients), or to the orderly operations of the Hospital. Such suspension shall not imply any final finding of responsibility for the situation that caused the suspension nor shall it constitute a start of an investigation. Such precautionary suspension shall become effective immediately upon imposition and shall remain in effect unless or until modified in accordance with the Policy on Appointment and Reappointment. A precautionary suspension is not in and of itself a final professional review action that is reportable, but rather an interim step to protect patients. The Credentials Committee will be notified of any such action and review the matter per the Policy on Appointment, Reappointment, & Clinical Privileges.

(b) The details of the investigative procedure, the recommendations that the Credentials Committee may make, and rights of the Medical Staff member to have a Hearing and Appeal are outlined in the Policy on Appointment, Reappointment, and Clinical Privileges.

## 8.5 Termination/Suspension of Membership and/or Privileges

(a) When a concern or a question has been raised about an appointee's behavior or clinical competence or clinical practice, including the care, treatment or management of a patient or patients, the Chief of Staff, the appropriate Service Line Leader, the CEO, or the Chair of the Credentials Committee may provide written notice of the concern or question to the Medical Executive Committee. The Medical Executive Committee will make sufficient inquiry to satisfy itself as to whether the concern or question raised appears credible. If such a determination has been made, the matter may be turned over to the Credentials Committee via a written request for an investigation. An investigation will begin only after a formal resolution of the Credentials Committee to that effect following receipt of a written request for an investigation. If the Board desires to initiate an investigation, it will formally resolve to do so but may then delegate the actual investigation to the Credentials Committee. The Credentials Committee may also, by formal resolution and without a request to do so, initiate an investigation on its own motion. An investigation will end upon final action by the Board.

(c) The Credentials Committee will meet as soon as possible after receiving the request for, or delegation of, an investigation. If the request for an investigation contains sufficient information to warrant an investigation, the Credentials Committee will immediately investigate the matter, appoint an investigating subcommittee to do so, or appoint an ad hoc investigating committee. If the investigation is not completed within 30 days of receipt of the request, the reasons for the delay will be transmitted to the Board.

    (d)    The details of the investigative procedure, the recommendations that the Credentials Committee may make, and rights of the Medical Staff member to have a Hearing and Appeal are outlined in the Policy on Appointment, Reappointment and Clinical Privileges.

**8.6    Hearing and Appeal Process, Including Process for Scheduling and Conducting Hearings and the Composition of the Hearing Panel**

    (a)    The hearing will begin no sooner than 30 days after the notice of the hearing is sent, unless an earlier date is agreed upon by the parties.

    (b)    The Hearing Panel will consist of not less than three members or there will be a Hearing Officer.

    (c)    Formal rules of evidence or procedure will not apply during the hearing process.

    (d)    A stenographic reporter will be present to make a record of the hearing.

    (e)    Both sides will have the following rights, subject to reasonable limits determined by the Presiding Officer: to call and examine witnesses, to the extent available; to introduce exhibits; to cross-examine any witness on any matter relevant to the issues and to rebut any evidence; to have representation by counsel or other person of their choosing who may call, examine, and cross-examine witnesses and present the case; and to submit a written statement at the close of the hearing.

    (f)    The personal presence of the affected member is mandatory. If the member who requested the hearing does not testify, he or she may be called and questioned.

    (g)    The Hearing Panel (or Hearing Officer) may question the witnesses, call additional witnesses, or request additional documentary evidence.

    (h)    The affected individual and the Medical Executive Committee may request an appeal of the recommendations of the Hearing Panel (or Hearing Officer) to the Board.