MSJ Exhibit 7 was filed under seal
as an attachment to Doc. 64