IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:23-cv-152-MR-WCM

| | |
|---|---|
| DAVID JOHN HETZEL, M.D., | ) |
| Plaintiff, | ) **AMENDED ANSWERS TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION TO DR. HETZEL** |
| v. | ) |
| MH MISSION HOSPITAL, LLLP, | ) |
| Defendant. | ) |

NOW COMES Plaintiffs, David John Hetzel, MD ("Plaintiff"), through undersigned counsel, and pursuant to Fed. R. Civ. P. 36, and amends his answers to Defendants' First Set of Request for Admission to him as follows. The answers given are based upon knowledge, memory and information available to Plaintiff at the present time and does not foreclose, and are not to be interpreted as foreclosing, use at trial of either additional data or information or less than all of the data or information furnished. Plaintiff expressly reserves the right to supplement, modify and/or change the answers as additional facts and information become known to him.

**Requests for Admission**

1. The Department of Health and Human Services reviewed the May 2020 report under the NPDB's dispute-resolution processes and determined that Dr. Hetzel's precautionary suspension was reportable.

   **AMENDED ANSWER: Plaintiff admits that the December 22, 2021, letter from Carolyn Nganga-Good, DrPH, RN (MH# 000110-115) and October 27, 2021, Correction to Title IV Clinical Privileges Action (MH# 000101-104) speak for themselves. Plaintiff cannot further truthfully admit or deny this request as it is outside the scope of his personal knowledge. He does not and**

cannot know the determinations, or what review or contemplation formed the bases of such determinations, by the Department of Health and Human Services beyond its communications and actions taken in response to such determinations as described above. Plaintiff further denies this request to the extent the term "determined" is vague, undefined and misleading as the Department of Health and Human Services is not a court of law.

2. Mission Hospital submitted a correction report, at DHHS's direction, on October 27, 2021.

   **AMENDED ANSWER**: **Plaintiff admits that the July 27, 2021, letter for Donald Illich to Brenda Shelton produced by Defendants at MH-000096-97 as well as the October 27, 2021, Correction to Title IV Clinical Privileges Action speak for themselves. Except as admitted, denied. Plaintiff cannot further truthfully admit or deny this request as it is outside the scope of his personal knowledge. He does not and cannot know what direction the Department of Health and Human Services gave to Mission Hospital other than through its communications and actions taken in response to them as described above.**

3. As a result of the submission of the correction report, the May 2020 report is no longer published to entities that query the NPDB concerning you.

   **AMENDED ANSWER: Denied. Entities that query the NPDB concerning Plaintiff continue to request the May 2020, report in determining whether to employ or credential Plaintiff. The report also remains in the files of Defendant, including their credentialing files. Defendants may have circulated it and/or may continue to circulate it to entities that request such files from Defendant. These may be entities that have also queried the NPDB and, even if they do not receive the report directly from the NPDB, they may receive and/or have received the report from Defendant. Certainly, Plaintiff has learned from discovery that Defendant has circulated information regarding the contents of the report to third parties including, as one example, via a February 17, 2023, letter from Anthony Spensieri, Chief Medical Officer of Mission Hospital, to the Arizona Medical Board (HH# 002752). Further, the NPDB report is available to the public because Defendant filed it in this litigation (Dkt. 39) with Plaintiff's identifying information redacted.**

4. The May 2020 report has not been published to entities that query the NPDB concerning you since October 28, 2021.

   **AMENDED ANSWER: Denied. Entities that query the NPDB concerning Plaintiff continue to request the May 2020, report in determining whether to employ or credential Plaintiff. The report also remains in the files of**

**Defendant, including their credentialing files. Defendants may have circulated it and/or may continue to circulate it to entities that request such files from Defendant. These may be entities that have also queried the NPDB and, even if they do not receive the report directly from the NPDB, they may receive and/or have received the report from Defendant. Certainly, Plaintiff has learned from discovery that Defendant has circulated information regarding the contents of the report to third parties including, as one example, via a February 17, 2023, letter from Anthony Spensieri, Chief Medical Officer of Mission Hospital, to the Arizona Medical Board (HH# 002752). Further, the NPDB report is available to the public because Defendant filed it in this litigation (Dkt. 39) with Plaintiff's identifying information redacted.**

Dated: August 1, 2025.                                       Respectfully submitted,

/s/ Kristen L. Beightol
Kristen L. Beightol
N.C. State Bar No. 27709
Catharine E. Edwards
N.C. State Bar No. 52705
Edwards Beightol, LLC
P.O. Box 6759
Raleigh, NC 27628
klb@eblaw.com
cee@eblaw.com
Phone: (919) 636-5100

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing on counsel for Defendant via electronic mail per agreement as follows.

    Phillip Jackson – pjackson@roberts-stevens.com
    David Hawisher – dhawisher@roberts-stevens.com
    Benjamin Harris Van Steinburg – bvansteinburgh@roberts-stevens.com

This the 1st day of August, 2025.

    /s/ Kristen L. Beightol
    Kristen L. Beightol
    N.C. State Bar No. 27709
    Edwards Beightol, LLC
    P.O. Box 6759
    Raleigh, NC 27628
    klb@eblaw.com
    Phone: (919) 636-5100