# EXHIBIT A



2/25/2020

David John Hetzel, MD
Hope Women's Cancer Centers
100 Ridgefield CT
Asheville, NC 288062770

Dear Dr. Hetzel

On behalf of the Board of Directors of Mission Hospital, I wish to inform you that you were approved for reappointment to the Active Medical Staff of Mission Hospital, with privileges as delineated in the HCO Credentialing Portal: https://hco.app.medcity.net/tdes/cawa/login

Primary Appointment: 5/20/1997
    Service Line: Women's Services Service Line
    Specialty: Obstetrics & Gynecology - Gynecologic Oncology
    Status: Active
    From: 3/1/2020 To: 2/28/2021

Please note that the exercise of clinical privileges is constrained by Hospital and Medical Staff policies and rules applicable to the particular situation. All privileges are setting specific, and the scope of services provided by a facility of Mission Health determines whether particular privileges may be exercised at that facility.

Thank you for your continued support in maintaining a high quality of medical care at Mission Hospital and in the Asheville community. If you have any questions, or if there is any way we can be of service to you, please do not hesitate to let us know.

Sincerely,

J. Chad Patrick
Chief Executive Officer, Mission Hospital