# EXHIBIT F

**North Carolina Medical Board**

Venkata Jonnalagadda, MD: President | John W. Rusher, MD: President-Elect | Michaux R. Kilpatrick, MD: Secretary/Treasurer

October 28, 2021

**PERSONAL AND CONFIDENTIAL**

David John Hetzel, MD
390 Windsor Rd.
Asheville, NC 28804

Re: Investigation follow-up

Dear Dr. Hetzel:

The North Carolina Medical Board has completed its review of the investigation concerning you. Your cooperation assisted the Board in fulfilling its responsibilities.

Based on the information available to it, the Board determined there was no violation of the Medical Practice Act and has closed its file. However, the Board has a concern we bring to your attention. Outside expert reviewer expressed some concern over the approximately 48 hour delay before proceeding with source control-surgical exploration and colostomy after the pelvic abscess is found in SW but concluded that overall management of the abscess met the standard of care with antibiotics and source control. The expert thought that placement of drains at the time of surgery and secondary closure of the class IV dirty wound would have been more appropriate.

This review is not subject to public disclosure and will not be reported to the media or any data bank.

Once again, thank you for your cooperation. If you have any questions regarding this letter, please contact Janelle Rhyne, MD at 919-326-1100, ext. 285.

Sincerely,

*R. David Henderson*

R. David Henderson
Chief Executive Officer

caseID: 2020-0725

Case 1:23-cv-00152-WCM   Document 72-6   Filed 12/05/25   Page 2 of 2
4115 Smoketree Court, Raleigh NC 27604 | P.O. BOX 20007, Raleigh, NC 27619
Tel: (919) 326-1100 | Fax: (919) 326-1131 | Email: info@ncmedboard.org | www.ncmedboard.org

D.H000566