# EXHIBIT G



**TEXAS TECH UNIVERSITY
HEALTH SCIENCES CENTER.
EL PASO**

Paul L. Foster School *of* Medicine
*Department of Obstetrics and Gynecology*

June 5, 2020

David Hetzel M.D.
390 Windsor Road
Asheville, NC 28804

RE: Letter of Intent

Dear Dr. Hetzel:

We are pleased to inform you of our intent to offer you a full-time (1.0 FTE) faculty appointment at the rank of Associate Professor in the Division of Gynecologic Oncology (GYN ONC) in the Department of Obstetrics and Gynecology (OB/GYN) with a secondary non-salaried faculty appointment (0 FTE) at the rank of Associate Professor in the Department of Surgery at Texas Tech University Health Sciences Center El Paso (TTUHSC El Paso), Paul L. Foster School of Medicine (PLFSOM), with an anticipated start date of September 1, 2020. Your direct supervisor will be Dr. Sireesha Y. Reddy, Chair, Department of OB/GYN.

This full-time position will be requested on the non-tenure track, with a base salary of $ 350,000 per annum plus fringe benefits (as per TTUHSC El Paso Policies. Payment of any compensation above base salary is contingent upon compliance with institutional policies including the timely completion of medical records and billing documentation.

You will be provided a sign-on bonus of $10,000. This benefit is taxable to you. In addition, you will be provided a moving allowance of up to $ 8,000 through the university's approved vendors. Expenses above this amount require prior review and authorization by Dr. Sireesha Reddy. All moving and relocation reimbursement or payments on behalf of employees for moving or relocation are taxable.

1. **Clinical Service:**
    a. Call
       Your current compensation includes GYN ONC coverage for overnight and weekends to be shared between you and the GYN ONC faculty in the department. Clinical assignments can take place at any TTUHSC-EP clinical sites.
    b. Clinic/Outpatient
       i. Participate in 2 to 3 days of outpatient clinical care depending on the number of OR days for that week; 8 to 10 patients / clinic/half- day expected. The number of clinic days will be reduced accordingly when you are in the operating room.
       ii. Chair or any director level position will make clinical site assignment determinations for clinical care and this can occur at both TTUHSC El Paso sites and any contracted site of Texas Tech.
       iii. Meet the median benchmark for RVU standard by the end of the first year in Gynecologic Oncology. For 2019, the MGMA work RVU median for Gyn Onc was 6493 RVUs.
       iv. The clinic expectations:
           a. Maintain an active, thriving clinical practice and evidence based clinical care as it relates to your specialty in the fields of gynecologic oncology and breast cancer. This clinical care should be in the form of office visits, preoperative assessments,

surgeries, chemotherapy appointments, inpatient consultations, emergency room consultations, hospital rounds, and assistance with palliative care.
   b. Provide meaningful direction for the Gyn Onc division through division meetings, pathology rounds, and participation in the hospital cancer committee.
   c. Assist in recruitment of any clinical personnel into the division, in conjunction with the Chair.
   d. Maintain patient satisfaction scores at or above the institutional guidelines.
   e. Signing all outpatient records within 72 hours of the office visit.
   f. Maintain personal clinical billing distributions to reflect national standards for your specialty

c. **Inpatient**
   i. 1 to 2 OR days as appropriate and based on your patient volume.
   ii. Clinical inpatient Service expectations:
      a. Participate in early morning hospital rounds to maintain hospital discharge standards
      b. Participate in any hospital quality initiatives as requested
      c. Complete consultation requests and documentation as soon as possible, but no later than 24 hours.
      d. Complete hospital billing, which is paper based, within 72 hours to the department
      e. Participate in hospital cancer committee and other committees as designated by the Chair.

d. **Outreach**
   i. Communicate with referral doctors in person, by email, or by phone in addition to a referral letter and/or consult note will be required and as defined by the Division expectations.
   ii. Outreach to community or surrounding providers with the departmental administrator or marketing staff to advertise specialty services and follow up on provided services on a quarterly basis for the first year then biannual as practice expands. Provide seminars locally to local hospitals, community centers and lay public as needed.

e. **General**
   i. Ensure compliance with HIPAA and billing regulation.
   ii. Support and engage in performance improvement and patient safety related activities on General Obstetrics and Gynecology services.
   iii. Adhere to institutional and departmental policies and procedures.

2. **Teaching Expectations**:
   a. Teach residents and medical students in the ambulatory setting in the evaluation and management of the oncology patients.
   b. Serve as a contributor to medical student and resident educational activities such as simulation education, grand rounds, and specific medical student didactics for your specialty.
   c. Assist in coordination of the residency program educational conferences as requested by the program director.
   d. Complete timely completion of evaluations of residents and medical students.
   e. Serve as an advisor and role model for residents and students in Obstetrics and Gynecology.
   f. Participate in resident and attending physician scholarly and formal social activities, such as the Annual Resident Paper Day, monthly journal clubs, and resident graduation when held at convenient times.


**TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER. EL PASO**

Paul L. Foster School *of* Medicine
*Department of Obstetrics and Gynecology*

g. Participate in the monthly Morbidity and Mortality Conference.
h. Participate in resident applicant interviews and recruiting.
i. Attend the monthly guest speaker grand rounds and participate in the didactic lectures of the residents and medical students.
j. Participate in research opportunities and develop research skills commensurate with the success of the division to include supervision and facilitation of resident participation in research.

3. **Research and Scholarship Expectations:**
   a. Approximately 8 hours per week is allotted for administrative and research duties related to administrative duties, committee activities, and other departmental or institutional duties. In a given week, either a post-call day or an administrative day is allowed, but not both. This time will be protected as long as the expectations to make a concerted effort to meeting the expectations outlined above have been met and RVU expectations have been met. Participation in departmental research meetings and projects is expected.
   b. There is an expectation to produce and show consistent progress in scholarly activity which includes abstract and oral presentations, evidence of initial publication success (authorship of peer-reviewed papers, textbook chapters, invited talks regionally, state and on a national level) as a few examples.
   c. The department encourages and expects scholarly productivity with at least one article published every year.

4. **Other Expectations:**
   a. Expect to work with your Chair and administrator in making work schedules three months in advance.
   b. Expect to serve on a proportionate share of Department and institutional committees.
   c. Use any opportunity to discuss your goals and progress towards promotion during an annual faculty performance evaluation conference with your department chair.
   d. Participate in the departmental faculty compensation model.

These duties may be redefined or restructured by TTUHSC El Paso based upon institutional needs.

Your beginning employment shall be contingent upon review and approval by the Committee on Faculty Appointment, Promotion, Tenure and Comprehensive Performance Assessment (CFAPTA), possession of a current unrestricted Texas medical license, DEA controlled substances registration, completion of clinical credentialing requirements as set forth by the Office of Clinical Affairs, attainment of hospital privileges as determined by your chair, and successful completion of a criminal background check as required by university policy for all new hires prior to your employment effective date. In addition, you will also be required by federal law to show proof of identity and authorization to work in the United States to the Human Resources Department on your first day of employment. Furthermore, as per PLFSOM Professional Staff Bylaws, faculty members are also required to obtain and maintain board certification in your primary area of practice.

The university policy requires that the PLFSOM receive and maintain documentation of each faculty member's academic preparation. Please initiate the request process as soon as possible so that the school will receive your **official** transcript(s) directly from your terminal degree-granting institution(s) and meet the requirement for the transcript(s) to be on file before your scheduled employment effective date. Please contact your terminal degree-granting institution(s) to request your official terminal degree(s) transcript(s) to be sent directly to:

Office of Faculty Affairs
Paul L. Foster School of Medicine



**TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER.**
**EL PASO**

Paul L. Foster School of Medicine
*Department of Obstetrics and Gynecology*

Attn: Transcript Coordinator
200 Rick Francis St. MSC 21006
El Paso, TX 79905
Phone No. (915) 215-4132
transcript_elp@ttuhsc.edu

5. Resources/Support: To enable you to achieve success in your role as a faculty of TTUHSC El Paso, the following resources will be provided:
   a. Mandatory Pathways to Success for New Faculty program: As a new faculty member, you will be required to participate in the next Pathways to Success for New Faculty program for faculty members.
   b. Faculty Development Course: In support of your professional development, you will be enrolled in the school's Faculty Development Course within the first year of your employment subject to course availability.
   c. Faculty Mentoring Program: Please discuss with your Chair the opportunity to participate in the Institutional Faculty Mentoring Program.
   d. You will receive up to 10 days per calendar year for professional development including CME. This is subject to the approval of the Chair, as well as applicable TTUHSC El Paso policies.
   e. You will also receive reimbursement or direct payment of up to $6,000 per year for CME, professional dues or other expenses related to professional development, subject to approval by the department chair and applicable TTUHSC El Paso policies.
   f. As a public institution of higher education in the State of Texas, TTUHSC El Paso provides malpractice coverage through its Texas Tech University System Medical Liability Self-insurance Plan for TTUHSC El Paso employed physicians.

We are excited by the prospect of you joining the Paul L. Foster School of Medicine. Please be aware that only the Dean of the PLFSOM may issue a formal letter of offer. In order to facilitate the extension of that offer, we ask that you acknowledge your acceptance of the terms of this letter of intent by signing below, and returning the original signed letter to me within 10 days of receipt of this letter.

Sincerely,

*Sireesha Y. Reddy, M.D.*

Sireesha Y. Reddy, M.D.
Professor and Chair
TTUHSC El Paso, Paul L. Foster School of Medicine
Department of Obstetrics and Gynecology

I accept the terms of my proposed employment as described in this letter. I understand that only the Dean of the PLFSOM may issue a formal letter of offer.

_____  June 5, 2020
David Hetzel, M.D.        Date

Cc: Richard A. Lange, M.D., M.B.A., President TTUHSC El Paso and Dean, PLFSOM
KoKo Aung, M.D., M.P.H., Vice President for Faculty Success, TTUHSC El Paso and Associate Dean for Faculty Affairs, PLFSOM
Sue Fuciarelli, C.P.A., M.B.A, Chief Financial Officer, TTUHSC El Paso and Associate Dean for Finance & Administration, PLFSOM
Patty McCarroll, M.B.A., Vice President for Clinical Administration and Chief Clinical Administrative Officer, TTUHSC El Paso
Alan Tyroch, M.D., Professor and Chair, Department of Surgery, PLFSOM

**From:** Tovar, Amanda Amanda.Tovar@ttuhsc.edu
**Subject:** RE: Tenet CVO - Non-Receipt of Application - Determination of Eligibility for David J. Hetzel, MD
**Date:** December 22, 2020 at 11:14 AM
**To:** Reddy, Sireesha Sireesha.Reddy@ttuhsc.edu, David Hetzel davidhetzel@icloud.com

Dr. Hetzel,

Please respond to the email chain that has been communicating with you and kindly cc me. Please let them know that you will be holding off on your application with Tenet.

Thank You,
Amnada

---

**From:** Reddy, Sireesha
**Sent:** Tuesday, December 22, 2020 8:57 AM
**To:** David Hetzel <davidhetzel@icloud.com>; Tovar, Amanda <Amanda.Tovar@ttuhsc.edu>
**Subject:** RE: Tenet CVO - Non-Receipt of Application - Determination of Eligibility for David J. Hetzel, MD

Dr Hetzel
Please put on hold as we discussed until the NPDB. You need to contact them and tell them to put it on hold. Amanda can call to verify.
The CMO has not heard back from Tenet lawyers. My guess is that they won't consider until the NPDB is cleared of the term license suspension.
Thanks
Sireesha

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: David Hetzel <davidhetzel@icloud.com>
Date: 12/22/20 08:00 (GMT-07:00)
To: "Tovar, Amanda" <Amanda.Tovar@ttuhsc.edu>, "Reddy, Sireesha" <Sireesha.Reddy@ttuhsc.edu>
Subject: Fwd: Tenet CVO - Non-Receipt of Application - Determination of Eligibility for David J. Hetzel, MD

> **CAUTION:** This email originated from outside of TTUHSC. Do not click links or open attachments unless you recognize the sender and know the content is safe.

What should I do ? Are we delaying this? They say this is 3rd Notif but I do not see any. Has Dr Reddy heard back from CMO of Tenet ?! Call me please. Dave

> Begin forwarded message:
>
> **From:** "Duran, Jennifer" <Jennifer.Duran@ttuhsc.edu>

D.H000818

**From:** Duran, Jennifer <Jennifer.Duran@ttuhsc.edu>
**Subject: FW: Tenet CVO - Non-Receipt of Application - Determination of Eligibility for David J. Hetzel, MD**
**Date:** December 21, 2020 at 11:26:08 AM EST
**To:** David Hetzel <davidjhetzel@gmail.com>

Good Morning Dr. Hetzel,

Please see email below and attachment regarding your pre-application with The Hospitals of Providence (THOP-Tenet).

Thank you.


**Jennifer D. Morales**
Lead Specialist | Office of Clinical Affairs | Credentialing
Texas Tech University Health Sciences Center El Paso
440 Raynolds St., MSC 51015 | El Paso, TX 79905
O: (915) 215-6461 | F: (915) 215-5386 |
Email: **jennifer.duran@ttuhsc.edu** & elpttcredentialing@ttuhsc.edu



Privacy/Confidentiality Notice: This message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

**From:** gcvoapplications@tenethealth.com [mailto:gcvoapplications@tenethealth.com]
**Sent:** Sunday, December 20, 2020 8:08 PM
**To:** davidjhetzel@icloud.com; Duran, Jennifer <Jennifer.Duran@ttuhsc.edu>
**Subject:** Tenet CVO - Non-Receipt of Application - Determination of Eligibility for David J. Hetzel, MD

> **CAUTION:** This email originated from outside of TTUHSC. Do not click links or open attachments unless you recognize the sender and know the content is safe.

### Non-Receipt of Tenet CVO Determination of Eligibility Application

### For David J. Hetzel, MD

Thank you for your interest in applying to one or more Tenet Health facilities. This is the **3rd and FINAL REMINDER** that the Tenet Credentials Verification Organization has not yet received your completed Determination of Eligibility Application.
**Failure to submit your application by 12/23/2020 will result in the disablement of your access to the Provider Portal.** You may access the Provider Portal via the following URL:
https://providers.tenethealth.com/ApplicationModule/userlogin/aspx

The enclosed attachment will provide you with a guide to entering the Provider Portal to complete and submit your application.
Please contact us at GCVOApplications@TenetHealth.com if you have any questions or need assistance.

Thank you!

Sincerely,
Tenet Credentials Verification Organization

D.H000820

**TEXAS TECH UNIVERSITY
HEALTH SCIENCES CENTER.
EL PASO**

*Office of the President*

November 21, 2023

David J. Hetzel, M.D.
6895 E. Camelback Rd., Unit 95-6008
Scottsdale, AZ 85251

Dear Dr. Hetzel

After review of your credentialing application, and upon evaluation and recommendation from the Credentials and MPIP Policy Committees, I regret to inform you that your application to our School of Medicine Professional Staff was NOT approved.

This decision is based on the conditional status of your clinical privileges at the last facility you practiced, your cessation of clinical practice since that status was granted to you, your subsequent prolonged absence from clinical practice at this point, and other information obtained during the credentialing process.

I also need to inform you that according to our School of Medicine Professional Staff Bylaws, due to this adverse action you have the right to a hearing. If you decide to pursue this option a written request must be received by me within 30 days of you receiving this special notice, and include whether an attorney will accompany you to such hearing. You would then be notified of date, time and place for it. The lack of such request received within those 30 days will constitutes a waiver of your right to hearing or appeal. A copy of article XIV of our Bylaws describing this process is attached. In addition, as this constitutes an adverse action, it may require reporting to the National Provider Data Bank.

Sincerely,

*Rick Lange*

Richard A. Lange, MD, MBA
President, Texas Tech University Health Sciences Center El Paso
Dean, Paul L. Foster School of Medicine

Medical Science Bldg. II, 5001 El Paso Drive MSC 11001 | El Paso, Texas 79905 | T 915.215.4300 | F 915.783.5533
An EEO/Affirmative Action Institution