# EXHIBIT H

# Economic Report
# David J. Hetzel, MD

Prepared at the Request of

Kristen Beightol, Esq.
Edwards Beightol
1033 Oberlin Rd Suite 100
Raleigh, NC 27605

Prepared by
Montclair Economics, Inc.
2824 Montclair Rd.
Winston-Salem, NC 27106

November 24, 2025

D-H-002943

# Economic Report
# David J. Hetzel, MD

I am supplementing my report to respond to questions asked during my deposition. While my opinions remain unchanged, this supplement expands on my report opinions in response to the deposition inquiries. I incorporate my deposition testimony herein by reference, as if fully set forth in this report.

**Introduction**

This report provides an economic assessment of the earnings and benefits losses experienced by Dr. David John Hetzel, M.D., following the conclusion of his employment at the Hope Women's Cancer Center at Mission Hospital in April 2020 and the subsequent loss of a medical appointment scheduled to begin later that year. The analysis covers the period 2020 through Dr. Hetzel's projected retirement in 2032, based on actuarial worklife estimates reflecting years to final separation for similarly situated professionals. This method is supported by the forensic economics literature as appropriate for individuals with strong career continuity and a high likelihood of sustained labor force participation. The report includes estimates of back pay, front pay, and the tax gross-up required to offset the increased effective tax burden associated with receiving damages as a single payment.

Calculations are based on historical earnings records, BLS compensation data, and standard forensic economic methods. This includes a constant dollar approach using a real interest rate, supported by Treasury Inflation Protected Securities data, economic literature, and judicial precedent (such as the Supreme Court's decision in *Jones & Laughlin Steel Corp. v. Pfeifer*, 462 U.S. 523 (1983)), which ensures internal consistency in the estimation of present value losses. Fringe benefits are estimated at 35.3 percent of earnings based on the U.S. Bureau of Labor Statistics' Employer Costs for Employee Compensation report for civilian professional workers. This figure is consistent with the compensation structure of medical professionals and includes typical employer provided benefits such as health insurance, retirement contributions, and related non-wage compensation. The estimate reflects accepted practice in the field of forensic economics.

**Summary:**

In April 2020, Dr. David John Hetzel, M.D., concluded his employment at the Hope Women's Cancer Center at Mission Hospital and was scheduled to begin a new position as Chief of Gynecologic Oncology at Texas Tech University School of Medicine. That position did not proceed following the issuance of a May 5, 2020, National Practitioner Data Bank (NPDB) report. According to case materials, this report was subsequently republished to prospective employers and credentialing bodies. As a result, Dr. Hetzel did not secure comparable medical employment for several years.

Based on the available data, the present value of lost earnings and benefits, expressed in constant dollars, includes **$3,616,460** in back pay and **$4,219,373** in front pay. These figures cover the period from 2020 through Dr. Hetzel's projected retirement at age 71.87, for a total present value economic loss of **$7,835,833**. To account for the increased effective tax burden resulting from receiving compensation in a single payment rather than over time, a tax gross up adjustment of **$2,339,956** is

2

D00002944

applied. This brings the total amount required to restore Dr. Hetzel's economic position to **$10,175,789**.

This report focuses exclusively on the quantification of economic damages related to lost earnings and employment-related benefits. It does not assess or assign value to any non-economic losses, including emotional distress, reputational harm, or pain and suffering.

All monetary values are rounded to the nearest dollar. Totals may not precisely equal the sum of components due to rounding.

**Use of Exhibits**

At this time, I do not know whether I will utilize exhibits at trial. However, should I determine that the use of exhibits is necessary, I will ensure that they are made available in accordance with the applicable rules and deadlines.

**Information Reviewed:**

Albrecht, G. R., & Krueger, K. V. (2007). A review of economic foundations of earnings and discounting theories used in forensic economics. *The Earnings Analyst, 9*, 1–34.

Albrecht, G. R., & Moorhouse, J. C. (1989). On the derivation and consistent use of growth and discount rates for future earnings. *Journal of Forensic Economics, 2*(3), 95–102.

Bureau of Labor Statistics. (2025, March 14). *Employer costs for employee compensation – December 2024 (Table 2)*. U.S. Department of Labor. https://www.bls.gov/news.release/pdf/ecec.pdf

Farmer, J. D., Geanakoplos, J., Richiardi, M. G., Montero, M., Perelló, J., & Masoliver, J. (2023). *Discounting the distant future: What do historical bond prices imply about the long term discount rate?* arXiv preprint.

Hall, R. E., & Lazear, V. A. (2011). *Reference guide on estimation of economic losses in damages awards*. In *Reference manual on scientific evidence* (3rd ed., pp. 425–469). Federal Judicial Center.

Internal Revenue Service. (2015–2024). *Wage and income transcript* [Taxpayer: David John Hetzel, M.D.; 2015, 2016, 2017, 2018, 2019, 2020, 2021, 2022, 2023, 2024 tax years]. U.S. Department of the Treasury.

Internal Revenue Service. (2018–2024). *Schedule K-1 (Form 1065) for MHC America Fund, LLC, partnership interest of Dr. David John Hetzel* [Tax documents: 2018–2024]. U.S. Department of the Treasury.

Internal Revenue Service. (2018–2023). *Schedule K-1 (Form 1065) for RiverOak NYC I, LLC, partnership interest of Dr. David John Hetzel* [Tax documents: 2018–2023]. U.S. Department of the Treasury.

Montclair Economics, Inc. (n.d.). *Questionnaire*.

Rodgers, J. D. (2016). "Incorporating Fringe Benefits in Loss Calculations." In Frank D. Tinari (Ed.), *Forensic Economics: Assessing Personal Damages in Civil Litigation* (pp. 89–116). Palgrave Macmillan.

Rodgers, J. D. (2022). Valuing losses of pension benefits. *Journal of Forensic Economics, 30*(1), 3–22.
Selected Interest Rates (Daily) – April 24, 2025. (2025). Board of Governors of the Federal Reserve System. https://www.federalreserve.gov/releases/h15/

Skoog, G. R., Ciecka, J. E., & Krueger, K. V. (2019). The Markov model of labor force activity 2012–17: Extended tables of central tendency, shape, percentile points, and bootstrap standard errors. *Journal of Forensic Economics, 28*(1–2), 109-195.
SmartAsset. (2025). *Federal income tax calculator (2024–2025)*.
https://smartasset.com/taxes/income-taxes

Strangways, R., Rubin, B. L., & Zugelder, M. (2014). Using TIPS to discount to present value. *Journal of Forensic Economics, 25*(1), 71–89.

In addition, Dr. Hetzel has been consulted.

**Diminished Earning Capacity 2020 – 2032**

From March 1997 through April 2020, Dr. Hetzel was employed as a gynecologic oncologist at the Hope Women's Cancer Center at Mission Hospital. To estimate his pre-incident compensation, this report uses earnings data from 2016 through 2018, the most recent full years of employment unaffected by the events underlying this matter. These years reflect a stable and representative level of earnings. According to IRS Wage and Income Transcripts, his average nominal gross wages during that period were $377,915. When expressed in constant 2025 dollars, this corresponds to an average gross wage of $466,111. Presenting values in constant purchasing power terms ensures consistency in estimating economic losses over time and is consistent with recommended practice in forensic economics.

Earnings data for 2019 are not included due to a discrepancy between the originally reported and subsequently amended wage amounts. Specifically, two W-2 forms were issued for 2019 with materially different values and missing withholding information, raising uncertainty about the appropriate earnings to apply for that year. To preserve consistency and avoid reliance on potentially conflicting documentation, 2019 is excluded from the baseline wage average.

Fringe benefits are estimated using the U.S. Bureau of Labor Statistics Employer Costs for Employee Compensation data. A benefit load of 35.3 percent was applied to earnings, which is consistent with typical employer compensation for professional employees in the medical and academic sectors. The benefit rate is applied to earnings derived from IRS Wage and Income Transcripts, which reflect Form W 2 Box 1 compensation. This wage base excludes certain pre-tax deductions, including employee contributions to retirement plans and health-related benefits, and may understate total gross compensation. While the applied fringe rate includes components such as paid leave and employer payroll taxes, its use against a conservative wage base mitigates the risk of double counting. This approach is consistent with forensic economic methodology. Rodgers (2016), in Chapter 6 of *Forensic Economics*, explains that applying BLS fringe percentages to taxable wage figures such as those found in Box 1 results in conservative, internally consistent estimates of total

4

compensation. A separate hospital funded Health Savings Account, historically valued at $6,850 annually, is added to the BLS based estimate to avoid duplication.

The methodology used here is also consistent with guidance discussed by Rodgers (2022), who notes that applying a percentage of earnings approach can be appropriate when valuing pension-related fringe benefits in cases where detailed benefit information is unavailable. While Rodgers addresses this method specifically in the context of pension benefits, the underlying principle—namely, that aggregated employer cost data may serve as a reasonable proxy when individualized plan detail is lacking—supports the use of BLS benefit percentages in this analysis. The total average value of fringe benefits is therefore calculated at $173,361, resulting in total average compensation of $639,472 annually in 2025 dollars.

Table 1 summarizes Dr. Hetzel's annual diminished earning capacity in Column A, with mitigating earnings reported in Column B. The net loss in each year is presented in Column C. In 2020, Dr. Hetzel received $131,150 in wages, which is equivalent to $153,381 in constant 2025 terms. Applying the fringe benefit rate to this adjusted figure yields benefits of $54,134. His total gross compensation for 2020 is therefore estimated at $207,515. This amount is subtracted from the expected compensation for that year, resulting in a calculated loss of $431,956. This loss is attributed to the rescinded appointment as Chief of Gynecologic Oncology at Texas Tech University School of Medicine, which, according to case materials, did not proceed following the issuance of the National Practitioner Data Bank report.

Dr. Hetzel reported no additional employment from 2020 through 2024. In 2025, he obtained a temporary position with documented earnings of $11,500. Because benefit data were not available for that position, an estimate of $1,356 is included based on BLS compensation benchmarks. These amounts are incorporated into Column B of Table 1 and reduce the reported losses accordingly.

No evidence has been provided regarding Dr. Hetzel's employment prospects beyond 2025. In the absence of such information, it is assumed that the 2025 temporary employment did not continue and that no further earnings were realized. This assumption is based solely on the available records and does not constitute a vocational assessment.

The analysis extends through 2032, based on a projected retirement age of 71.87. This age reflects the Years to Final Separation statistic derived from Markov based labor force models for professional men of Dr. Hetzel's age and educational background, as reported in Skoog, Ciecka, and Krueger (2019). This model captures the expected duration of labor force attachment until final separation and is especially appropriate for individuals in professional occupations with historically high workforce participation and delayed retirement patterns, such as physicians. Given Dr. Hetzel's prior employment continuity, clinical leadership experience, and alignment with academic medicine career trajectories, the use of this measure is both reasonable and supported by actuarial evidence. Traditional worklife expectancy models estimate the average duration of labor force participation across the population but often understate expected working years for individuals in stable, high education professions. Because they do not account for the likelihood of continued labor force engagement until final separation, such models are less appropriate for projecting losses in cases involving professionals like Dr. Hetzel. Accordingly, the Years to Final Separation framework offers a more suitable basis for this analysis.

5

D H002947

**Present Value of Diminished Earning Capacity**

The analysis presented here calculates losses in constant or real dollars, rather than nominal figures. Column A of Table 2 corresponds to Column C of Table 1 and reflects the net annual loss of earning capacity in each year. Back pay covering the years 2020 through 2025 totals $3,616,460. Front pay, calculated from 2026 through Dr. Hetzel's estimated retirement in 2032, has a present value of $4,219,373 using a real interest rate of 1.50 percent. The combined present value of back pay and front pay equals $7,835,833.

The unadjusted sum of future losses, without discounting, amounts to $8,092,764 (that is, $3,616,460 in back pay and $4,476,304 in front pay), as shown in Column C of Table 1 and Column A of Table 2. When future values are projected using a 3.00 percent annual inflation rate, the total reaches $8,663,388 (that is, $3,616,460 plus $5,046,927), as shown in Column A of Table 3.

To compute the amount required to fund either stream, with or without inflation, the same real discount rate is applied. This approach ensures that the inflation assumption does not influence the present value outcome. It also preserves the purchasing power of money and avoids the compounding effects of inflation forecasts. This method is consistent with the United States Supreme Court's holding in *Jones and Laughlin Steel Corporation v. Pfeifer*, 462 U.S. 523 (1983), which endorsed the use of a real rate of interest to discount future economic losses. The Court emphasized that using a real rate helps avoid speculative inflation projections and provides a neutral measure for evaluating future losses.

The 1.50 percent real discount rate used in this analysis is drawn from market data on Treasury Inflation Protected Securities, as published by the Federal Reserve. Forensic economists Albrecht and Krueger, writing in *The Earnings Analyst*, and Albrecht and Moorhouse, writing in the *Journal of Forensic Economics*, support the use of real discounting as an internally consistent approach that yields the same present value result whether or not inflation is included in the earnings stream.

This method is further supported by Hall and Lazear (2011), who explain that projecting future losses in constant dollars and discounting them using a real interest rate ensures consistency and transparency in damages analysis. According to their guidance in the *Reference Manual on Scientific Evidence*, this approach avoids the distortion of measuring future losses in devalued nominal dollars and allows damages experts to make inflation-neutral estimates that are more readily understood and supported in litigation settings.

Strangways, Rubin, and Zugelder (2014) also advocate for real discounting using Treasury Inflation Protected Securities. They argue that the interest rate on TIPS offers a market-determined, risk-free measure of the real interest rate and is well suited for use in personal injury and wrongful death cases. The authors emphasize that inflation must either be incorporated in both the income stream and the discount rate or excluded from both, and that a constant dollar valuation using a real rate offers consistency and fairness in the present value analysis.

Recent work by Farmer et al. (2023) provides further empirical support for the use of real discounting in long-term valuations. Analyzing more than a century of historical bond and inflation data for the United Kingdom and the United States, the authors estimate long-run real discount rates at approximately 1.7 percent and 2.2 percent, respectively. Their findings indicate that real interest rates are often negative and that traditional models assuming positive nominal rates are

6

inadequate for long-horizon forecasts. Although their analysis is currently unpublished and under peer review, it aligns with the constant dollar methodology endorsed in economic and legal literature and underscores the relevance of real rate modeling in projecting future economic losses.

Accordingly, the total present value of diminished earning capacity in this matter is $7,835,833. This includes $3,616,460 in back pay losses from 2020 through 2025 and $4,219,373 in front pay losses from 2026 through 2032, as reported in Tables 2 and 3.

**Tax Implications**

Tables 4a and 4b show the tax implications of awarding damages as a lump sum. If wages had been received annually, the average effective tax rate would have been 31.93%, resulting in total taxes of $1,834,152 in present value. In contrast, a lump sum award of $7,835,833 would be taxed at a higher effective rate of 40.89%, producing a tax liability of $3,204,072. The resulting additional burden of $1,369,920 ($3,204,072 – $1,834,152) reflects the extra cost of receiving damages in a single payment rather than over time and must be included to fully compensate the loss.

Increasing the lump sum award by this amount yields $9,205,753. At this level, the effective tax rate increases to 40.89%, generating taxes of $3,772,517 and creating a new shortfall of $2,174,246. This necessitates another adjustment.

The process is repeated iteratively until the award and associated tax liability converge. After 16 iterations, the calculation stabilizes at a lump sum award of $10,175,788, taxed at an effective rate of 41.02%. The final tax adjustment required to restore Dr. Hetzel to his pre-incident financial position is $2,339,956.

**Conclusion**

The analysis demonstrates that the events following the issuance of the May 5, 2020, National Practitioner Data Bank report have resulted in substantial and ongoing economic losses for Dr. David John Hetzel, M.D. Based on his pre-incident earnings capacity and assuming no mitigating employment after 2025, the present value of lost wages and benefits from 2020 through his estimated retirement in 2032 totals $7,835,833. This includes $3,616,460 in back pay and $4,219,373 in front pay.

Because these damages would be received as a lump sum rather than as annual income, they would be taxed at a higher effective rate. To fully restore Dr. Hetzel to the financial position he would have occupied but for the loss, an additional tax gross up of $2,339,956 is required. This brings the total amount necessary to offset lost earnings and the associated tax burden to $10,175,788.

The opinions expressed in this report are based on the information available at the time of writing. Please feel free to contact me with any questions or for further clarification.

*Bill Marcum*

Bill Marcum, Ph.D.

7

## Table 1
## Diminished Earning Capacity

| Year | A<br>Annual Diminished<br>Earning Capacity | B<br>Mitigating<br>Earnings | C<br>Net<br>Annual Loss | D<br>Cumulative<br>Loss |
|---|---|---|---|---|
| 2020 | 639,472 | 207,515 | 431,956 | 431,956 |
| 2021 | 639,472 | — | 639,472 | 1,071,428 |
| 2022 | 639,472 | — | 639,472 | 1,710,900 |
| 2023 | 639,472 | — | 639,472 | 2,350,372 |
| 2024 | 639,472 | — | 639,472 | 2,989,844 |
| 2025 | 639,472 | 12,856* | 626,616 | 3,616,460 |
| 2026 | 639,472 | — | 639,472 | 4,255,932 |
| 2027 | 639,472 | — | 639,472 | 4,895,404 |
| 2028 | 639,472 | — | 639,472 | 5,534,876 |
| 2029 | 639,472 | — | 639,472 | 6,174,348 |
| 2030 | 639,472 | — | 639,472 | 6,813,820 |
| 2031 | 639,472 | — | 639,472 | 7,453,292 |
| 2032 | 639,472 | — | 639,472 | 8,092,764 |
| **Total(s)** | 8,313,135 | 220,371 | 8,092,764 | — |

*Note.* Wages for 2025 are actual reported earnings. Health and dental benefits for 2025 are not documented and are estimated at $1,356 using the Bureau of Labor Statistics Employer Cost of Employee Compensation. No information is available on employment prospects beyond 2025; it is assumed that the temporary 2025 position does not continue and that there are no mitigating earnings thereafter.

8

**David J. Hetzel, MD**

## Table 2
## Present Value of Diminished Earning Capacity
## (No Inflation)

| Year | A<br>Net<br>Annual Loss | B<br>Real<br>Discount<br>Factor | C<br>Present Value<br>of Annual Diminished<br>Earning Capacity | D<br>Cumulative<br>Present Value |
|---|---|---|---|---|
| 2020 | 431,956 | 1.0000 | 431,956 | 431,956 |
| 2021 | 639,472 | 1.0000 | 639,472 | 1,071,428 |
| 2022 | 639,472 | 1.0000 | 639,472 | 1,710,900 |
| 2023 | 639,472 | 1.0000 | 639,472 | 2,350,372 |
| 2024 | 639,472 | 1.0000 | 639,472 | 2,989,844 |
| 2025 | 626,616 | 1.0000 | 626,616 | 3,616,460 |
| **Back Pay:** | **3,616,460** | | **3,616,460** | |
| 2026 | 639,472 | 0.9852 | 630,022 | 4,246,482 |
| 2027 | 639,472 | 0.9707 | 620,711 | 4,867,193 |
| 2028 | 639,472 | 0.9563 | 611,538 | 5,478,731 |
| 2029 | 639,472 | 0.9422 | 602,500 | 6,081,231 |
| 2030 | 639,472 | 0.9283 | 593,596 | 6,674,827 |
| 2031 | 639,472 | 0.9145 | 584,824 | 7,259,652 |
| 2032 | 639,472 | 0.9010 | 576,181 | **7,835,833** |
| **Front Pay:** | **4,476,304** | | **4,219,373** | |
| **Total(s):** | **8,092,764** | | **7,835,833** | |

David J. Hetzel, MD

## Table 3
## Present Value of Diminished Earning Capacity
## (3.00% Inflation)

| Year | A<br>Net<br>Annual Loss | B<br>Real<br>Discount<br>Factor | C<br>Present Value of<br>Annual Diminished<br>Earning Capacity | D<br>Cumulative<br>Present Value |
|---|---|---|---|---|
| 2020 | 431,956 | 1.0000 | 431,956 | 431,956 |
| 2021 | 639,472 | 1.0000 | 639,472 | 1,071,428 |
| 2022 | 639,472 | 1.0000 | 639,472 | 1,710,900 |
| 2023 | 639,472 | 1.0000 | 639,472 | 2,350,372 |
| 2024 | 639,472 | 1.0000 | 639,472 | 2,989,844 |
| 2025 | 626,616 | 1.0000 | 626,616 | 3,616,460 |
| **Back Pay:** | 3,616,460 | | 3,616,460 | |
| 2026 | 658,656 | 0.9565 | 630,022 | 4,246,482 |
| 2027 | 678,416 | 0.9149 | 620,711 | 4,867,193 |
| 2028 | 698,768 | 0.8752 | 611,538 | 5,478,731 |
| 2029 | 719,731 | 0.8371 | 602,500 | 6,081,231 |
| 2030 | 741,323 | 0.8007 | 593,596 | 6,674,827 |
| 2031 | 763,563 | 0.7659 | 584,824 | 7,259,652 |
| 2032 | 786,470 | 0.7326 | 576,181 | **7,835,833** |
| **Front Pay:** | 5,046,927 | | 4,219,373 | |
| **Total(s):** | **8,663,388** | | **7,835,833** | |

**David J. Hetzel, MD**

**Table 4a**
**Income Tax Implications**

| Year | Present Value of Taxes if Working |
|------|-----------------------------------|
| 2020 | $ 99,855 |
| 2021 | $ 148,829 |
| 2022 | $ 148,829 |
| 2023 | $ 148,829 |
| 2024 | $ 148,829 |
| 2025 | $ 144,724 |
| 2026 | $ 144,724 |
| 2027 | $ 144,724 |
| 2028 | $ 144,724 |
| 2029 | $ 144,724 |
| 2030 | $ 144,724 |
| 2031 | $ 144,724 |
| 2032 | $ 125,910 |
| **Total:** | **$1,834,152** |

Average Wage: $466,111
Tax Rate: 31.93%

**Table 4b**

| | |
|---|---:|
| Lump Sum Payment: | 7,835,833 |
| Effective Tax Rate: | 40.89% |
| Taxes Paid on Lump Sum: | 3,204,072 |
| | - |
| Present Value of Taxes if Working: | 1,834,152 |
| Present Value of Difference in Tax Liability: | 1,369,920 |
| Iterating 16 times to a tax rate of 41.02%, Lump sum tax liability: | **2,339,956** |

11

D.H. 002953

**David J. Hetzel, MD**

## Table 5
## Summary

| | |
|---|---:|
| Present Value of Diminished Earning Capacity, Back-Pay (July 2020 through December 2025) | 3,616,460 |
| | + |
| Present Value of Diminished Earning Capacity, Front-Pay (January 2026 through December 2032) | 4,219,373 |
| Present Value of Difference in Earnings (July 2020 through December 2032) | 7,835,833 |
| | + |
| Present Value of Difference in Tax Liability | 2,339,956 |
| Amount Required to Make Economically Whole | 10,175,789 |

D.P. 002954

**Appendix A – Expert Witness Disclosures Pursuant to Rule 26(a)(2)(B)**

**Expert:** Bill Marcum, Ph.D.
**Affiliation:** Montclair Economics, Inc. / Wake Forest University, School of Business
**Address:** 2824 Montclair Rd., Winston-Salem, NC 27106
**Phone:** (336) 416-7328
**Email:** marcum@MontclairEconomics.com

1. **Qualifications**

   - **Curriculum Vitae:** Attached in full (see *Appendix A-1*).
   - **Education:**
     - Ph.D., Finance – University of North Carolina at Chapel Hill, 1996
     - M.A., Economics – University of North Carolina at Greensboro, 1990
     - B.A., Economics – University of North Carolina at Greensboro, 1985
     - B.A., Political Philosophy – Furman University, 1982
   - **Academic Positions:**
     Associate Professor of Finance, Wake Forest University School of Business (tenured); former visiting professor at Bilkent University, UNC Chapel Hill, and other institutions.
   - **Publications & Research:**
     Extensive peer-reviewed work in forensic economics, corporate finance, and related fields. (Full list in attached CV.)
   - **Professional Memberships:**
     National Association of Business Economists; National Association of Forensic Economics.

2. **Testimony in the Past Four Years**

   Full list is attached as *Appendix A-2*. Includes case names, docket numbers, and dates for all deposition, hearing, and trial testimony provided in the last four years.

3. **Compensation**

   - **Report Preparation:** $4,000 for standard economic loss reports as defined in fee schedule.
   - **Hourly Work (non-standard cases):** $500/hour.
   - **Deposition:** $1,800 for up to 3 hours; $500/hour thereafter.
   - **Trial Testimony:** $500/hour.
   - Full fee schedule attached as *Appendix A-3*.

4. **Publications Authored in the Past Ten Years**

   Full list included in attached CV (*Appendix A-1*). Includes all peer-reviewed journal articles, book chapters, and professional publications.

5. **Assistance Disclosure**

   I prepared this report myself. No other persons, including research assistants, associates, or staff, provided substantive assistance in the analysis, calculations, drafting, or preparation of this report.

6. **Certification**

I certify that:
- This report has been prepared in accordance with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.
- My opinions are impartial, objective, and based on reliable principles and methods.
- All data, facts, and exhibits considered in forming my opinions are identified in this report or in the materials cited herein.

**Signed:**

*[signature: Bill Marcum]*

Bill Marcum, Ph.D.
Montclair Economics, Inc.
Date: August 13, 2025

**Appendix A-1 – Curriculum Vitae**

# Bill Marcum, Ph.D.

Wake Forest University  2824 Montclair Rd.
School of Business  Winston-Salem, NC  27106
Box 7285 Reynolda Station  (336) 416-7328
Winston-Salem, NC  27109-7285
(336) 758-7166

## ACADEMIC EXPERIENCE

**Wall Street Partners Faculty Fellow**

**Finance Program Director,** Schools of Business, Wake Forest University.  Academic years 2004 – present. Oversee curriculum and implementation, student job placements, scheduling, course offerings, academic advising, and external liaison.

**Associate Finance Professor**, Tenured, School of Business, Wake Forest University.  Academic year 1996 – present; teaching: Corporate Finance, Financial Derivatives, International Finance, Quantitative Methods of Finance.

**Visiting Associate Professor**, Bilkent University, Ankara, Turkey.  January – June, 2017.

**Visiting Assistant Finance Professor**, The Wayne Calloway School of Business and Accountancy, Wake Forest University, Academic year 1996-1997; teaching: International Finance and Fundamentals of Financial Management.

**Visiting Assistant Finance Professor**, The University of North Carolina at Chapel Hill, NC, Academic year 1995-1996: MBA and Master of Accounting: Fundamentals of Financial Management.

## EDUCATION

| | | | |
|---|---|---|---|
| University of North Carolina Chapel Hill, NC | Ph.D. | 1996 | Major: Finance |
| University of North Carolina Greensboro, NC | MA | 1990 | Major: Economics |
| University of North Carolina Greensboro, NC | BA | 1985 | Major: Economics |
| Furman University Greenville, SC | BA | 1982 | Major: Political Philosophy |

## RESEARCH FORTHCOMING

With Gary R. Albrecht, 2025, "Forensic Economic Valuation of Future Medical Costs: A Stationary-Based Approach to Present Value Calculations," *Journal of Forensic Economics*.

## PUBLICATIONS

With Gary R. Albrecht, 2025, "Forensic Economic Valuation of Future Medical Costs: A Stationary-Based Approach to Present Value Calculations," *Journal of Forensic Economics*, forthcoming.

15

D.P. 002957

With Naz Sayari and Ram Baliga, 2023, "To Overstate or Not to Overstate CSR: What Does Bayes Tell Us About CSR Decoupling and Firm Value?" *Managerial Decision Economics*, 1-19. https://doi.org/10.1002/mde.3999

With Naz Sayari, 2022, "Board Systems, employee representation, and neo-institutional theory: The moderating effect of economic freedom on corporate boards and financial performance" *Managerial Decision Economics* https://onlinelibrary.wiley.com/doi/full/10.1002/mde.3638

With Naz Sayari, 2018, "Reducing Risk in the Emerging Markets: Does Enhancing Corporate Governance Work?" *Business Research Quarterly*. https://doi.org/10.1016/j.brq.2018.01.002

With Naz Sayari, 2017, "Do US Corporate Governance Standards Effectively Discourage Risk in the Emerging Markets?" *Australian Accounting Review*, https://doi.org/10.1111/auar.12160.

With G. J. Goddard, 2014, "The Case of the Discounted Sellout: Reducing the Risk of Condo Project Finance," *RMA Journal*, 44-49.

With Dale Martin and Deon Strickland, 2013, "U.S. Firms: Still Holding Too Much Cash?" *Journal of Corporate Accounting Finance*, Winter, 27-34.

With G. J. Goddard, 2012, "A World of Herf: The Importance of Market Concentration in CMBS Risk Assessment, *RMA Journal,* 36-42.

With Dale Martin and Deon Strickland, 2011, "Are U.S. Firms Stockpiling Too Much Cash?" *The Journal of Corporate Accounting and Finance*, 9-18.

With G. J. Goddard, 2011, "The Good, the Bad and the 1031 Exchange," *RMA Journal*, 44-47.

With G. J. Goddard 2011, "The Crowd is Untruth: The Problem of Cap Rates in a Declining Market," *RMA Journal*, 26-32.

With Michael Cooper and Roberto C. Gutierrez, Jr., 2005 "On the Predictability of Stock Returns in Real Time," *Journal of Business*, 78, 469-499.

With James Cotter and Dale Martin, 2003, "A Cure for Outdated Capital Budgeting Techniques," *Journal of Corporate Accounting and Finance*, 14: 71-80.

With Sheri Bridges and J. Kline Harrison, 2003, "The Relation Between Employee Perceptions of Stakeholder Balance and Corporate Financial Performance," *SAM Advanced Management Journal*, 22: 55-75.

With Don Robin, "Understanding Ethical Attitudes of Insurance Practitioners," 2003, *CPCU Journal*, 56, Vo. 5.

With Sheri Bridges, 2001, "Back to Business Basics: Buyers, Benefits and Brands on the Internet," *Journal of Business and Entrepreneurship,* 13: 71-82.

With James Cotter, 2001, "The Limits of Reverse Auction Pricing and Priceline.com," *Journal of Business and Entrepreneurship*, 13: 23-32.

## BOOKS

With G. J. Goddard., 2012, "*Real Estate Investment: A Value Based Approach*," Springer.

## BOOK CHAPTERS

With Naz Sayari, 2018, "Corporate Governance and Financial Performance in the Emerging Markets: Do ADRs Perform any Better than Non-Cross-Listed Firms?" In *Financial Management from an Emerging Market Perspective*. Intech.

## AWARDS and HONORS

Wall Street Partners Fellow, 2016 – present
Associate, BB&T Center for the Study of Capitalism 2015 – present
Horace Kelly Alumni Teaching Award, 2023 – 2024
Horace Kelly Alumni Teaching Award, 2015 – 2016
Service Award, 2015 – 2016
Horace Kelly Alumni Teaching Award, 2013 – 2014

16

D.P. 002958

Outstanding Educator Award, Wake Forest Charlotte Saturday MBA Program, 2013
Outstanding Educator Award, Wake Forest Charlotte Saturday MBA Program, 2012
Senior Teaching Award, Wake Forest University School of Business, 2009 – 2010
Senior Teaching Award, Wake Forest University School of Business, 2006 – 2007
Senior Teaching Award, Wake Forest University School of Business, 2003 – 2004

**CONFERENCE PRESENTATIONS**

American Finance Association meetings.
American Accounting Association meetings
Annual Conference on Accounting and Finance
Western Finance Association meetings
Financial Management Association meetings
Conference organizer: The Impact of Corporate Social Responsibility, Wake Forest University, 2016.


**BUSINESS CONSULTING**

BB&T (now Truist) Executive Education (2016-present)
First Union (now Wells Fargo): Executive Training – Corporate Finance
Fred Alger Management, Inc. – Asset Allocation, Pricing, Return Distributions
J.P. Morgan – Asset Management.
Greensboro Economic Summit, host and facilitator, Feb. 2009, 2010, 2011.


**MEMBER**

National Association of Business Economists
National Association of Forensic Economics

17

**Appendix A-2 – Testimony in the Past Four Years**

## Testimony List

| Date | Action | Case | Case # |
|---|---|---|---|
| 6-Nov-25 | Deposition | Stephanie B. Smith* et. Al. v. PGP Bethabara LLC et. Al. | 24CVS001317-330 and 24CVS005332-330 |
| 23-Oct-25 | Deposition | Nellie W. Davis* & Larry W. Davis v Carolina Spine Center, P.A. & Paul G. Singh, M.D. | 23CVS000295-300 |
| 11-Sep-25 | Trial Deposition | Frederick Barnes* v Dilmar Oil Company, Inc. | 24CVS000688-970 |
| 14-Aug-25 | Deposition | LaTrillian Davis* v David P. Steiner (Postmaster General) | 1:223-CV-773 |
| 16-Apr-25 | Deposition | Edwin Shelton* v Duke Energy, LLC & Duke Energy Corporation | 24CV032874-590 |
| 21-Mar-25 | Deposition | Frederick Barnes* v Dilmar Oil Company, Inc. | 24-CVS-688 |
| 12-Feb-25 | Deposition | First Choice Medical Transport*, LLC v Thaomas DeRussell Knight & Skillin Tree Care, LLC | 24-CVS-1386 |
| 12-Jul-24 | Deposition | Searight* v Emoni Lewis | 21CVS014248-590 |
| 29-May-24 | Deposition | Zanelle Tucker* v EXXON-Mobil Corp; Lee-Moore Capital; Tru-Buy C-Stores, LLC; Circle K Stores, Inc; LMOC Legacy, LLC; and WLM-EXXON, Inc. | 21-cvs-6421 |
| 3-May-24 | Deposition | Chaim Mochkin v JEG & Sons, Inc.* | 2020-005454-CA-01 |
| 5-Feb-24 | Deposition | Desmond Tucker* v Volcano Transport Inc. | 21EV004492 |
| 26-Sep-23 | Deposition | Ebony Rogers* v Schindler Elevator Corp. | 5:22-CV-247 |
| 12-Aug-22 | Deposition | James Cole v Jason Dupre & Damien Johns & DSI Innovations, LLC | 19-CVS-518 |
| 2-Mar-22 | Hearing | Le Macaron Development*, LLC v Le Macaron, LLC & Jean F. Rigollet | 8:16-CV-918-17TGW |
| 10-Feb-12 | Trial Testimony | Tobacco Square, LLC v Putnam County Bank* | 12-50856 |

*Denotes client.

Appendix A-3 – Fee Schedule

# Montclair Economics, Inc.

**Fee Schedule – Effective January 1, 2025**

## 1. Standard Report Fees

Unless otherwise specified, each of the following reports is billed at a flat fee of **$4,000**:

- **Personal Injury Report** – Present value of diminished earning capacity and household services
- **Wrongful Death Report** – Present value of lost financial support and family services
- **Employment Termination Report** – Loss of earnings and benefits
    - *(Note: Stock option valuation is excluded from this fee)*
- **Life Care Plan Valuation** – Present value of future medical costs

**Discounted Combined Report Fee:**
When two reports are prepared for the same individual (e.g., personal injury and life care valuation), the combined fee is **$7,500**.

## 2. Commercial and Business Valuation

- **Hourly Rate:** $500 per hour
- Applies to business valuations, commercial litigation, and non-standard reports

## 3. Deposition and Trial Testimony Fees

| Service | Rate | Details |
| --- | --- | --- |
| Deposition (up to 3 hours) | $1,800 (flat fee) | Includes travel, waiting, and testimony |
| Additional deposition time | $500/hour | Applies beyond the initial 3-hour block |
| Trial testimony | $500/hour | Includes preparation and courtroom time |

**Deposition and Trial Time Is Door-to-Door:**
Deposition and trial time is billed from departure to return to Montclair Economics office in Winston-Salem, NC.

## 4. Additional Charges

Additional fees may apply if relevant case materials are received after work has begun, regardless of case type.

Mailing Address: 2824 Montclair Rd., Winston-Salem, NC 27106
Telephone: 336-416-7328
E-Mail: Marcum@MontclairEconomics.com